# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Pacira Pharmaceuticals, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> eVenus Pharmaceuticals Labs, Inc., et al., <br><br> Defendants. | Civil Action No. <br><br> 2:23-cv-02367 (MCA) (JRA) <br><br> **FIRST AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by the parties' joint letter dated September 21, 2023 (ECF No. 60), and for good cause shown:

**IT IS on this 25th day of September 2023, ORDERED** that the Pretrial Scheduling Order entered September 18, 2023 (ECF No. 59) is hereby amended as follows:

1. Plaintiff shall serve its Infringement Contentions on or before **October 23, 2023**.

2. Except as modified here, all other terms in the Pretrial Scheduling Order (ECF No. 59) remain in effect.

/s/ José R. Almonte
**JOSÉ R. ALMONTE**
**UNITED STATES MAGISTRATE JUDGE**

Original: Clerk of the Court
cc: Hon. Madeline Cox Arleo, U.S.D.J.
    All Parties