# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Pacira Pharmaceuticals, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>eVenus Pharmaceuticals Labs, Inc., et al.,<br><br>Defendants. | Civil Action No.<br><br>23-cv-02367 (MCA) (JRA)<br><br>**SECOND AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated **November 15, 2023**, seeking an extension to the time to complete discovery (Civil Case No. 21-cv-19829 at ECF No. 245), and for good cause shown,

**IT IS, on this 21st day of November 2023, ORDERED** that:

1. Fact discovery is extended through **March 29, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **February 29, 2024**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

3. All affirmative expert reports shall be delivered by **May 3, 2024**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2

4. All responding expert reports shall be delivered by **May 31, 2024**. Any such report shall comport with the form and content requirements referenced above.

5. All reply expert reports shall be delivered by **June 19, 2024**.

6. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **July 12, 2024**.

*/s/ José R. Almonte*
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE